| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

*E-FILED - 9/24/08*

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

JIA TAN,

    Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER, Director of
Federal Bureau of Investigation,

    Defendants.

No. C 08-3003 RMW

**STIPULATION TO EXTEND DATES and [xxxxxxxxxxxxx] ORDER**

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. The Plaintiff filed an application for naturalization with the United States Citizenship and Immigration (USCIS) on September 5, 2006.

2. The FBI has recently completed the name check of Plaintiff.

3. In order to complete adjudication of Plaintiff's naturalization application, USCIS needs to conduct an updated interview of Plaintiff. The interview is scheduled for September 18, 2008.

4. Accordingly, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                      November 3, 2008

| | | |
|---|---|---|
| 1 | Last day to file Joint ADR Certification: | November 14, 2008 |
| 2 | Last day to file/serve Joint Case Management Statement: | November 28, 2008 |
| 3 | Case Management Conference: | December 5, 2008, at 10:30 a.m. |

Date: September 17, 2008                    Respectfully submitted,

                                                                      JOSEPH P. RUSSONIELLO
                                                                     United States Attorney

                                                                       /s/
                                                                     EDWARD A. OLSEN[1]
                                                                      Assistant United States Attorney
                                                                      Attorneys for Defendants

Date: September 17, 2008                    /s/
                                             JUSTIN X. WANG
                                             Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/24/08                                        *Ronald M. Whyte*
                                             RONALD M. WHYTE
                                             United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.