| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915    ***E-FILED - 10/14/08*** |
|   | FAX: (415) 436-6927 |
| 7 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIA TAN, | ) | |
| | ) | No. C 08-3003 RMW |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **STIPULATION TO DISMISS AND** |
| MICHAEL CHERTOFF, Secretary of the | ) | **[PROPOSED] ORDER** |
| Department of Homeland Security; | ) | |
| ROBERT S. MUELLER, Director of | ) | |
| Federal Bureau of Investigation, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services adjudicated plaintiff's application for naturalization.

///

///

///

///

///

Stipulation to Dismiss
C 08-3003 RMW                                       1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: September 29, 2008            Respectfully submitted,

3 |                                     JOSEPH P. RUSSONIELLO
　　　　　　　　　　　　　　　　　　　　United States Attorney

4 |

5 |                                          /s/
　　　　　　　　　　　　　　　　　　　　EDWARD A. OLSEN[1]
6 |                                     Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants

7 |

8 |
　　　　　　　　　　　　　　　　　　　　     /s/
9 | Date: September 26, 2008            JUSTIN X. WANG
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

10 |

11 |                      **ORDER**

12 | Pursuant to stipulation, IT IS SO ORDERED.

13 |
　　Date: 10/10/08                      *Ronald M. Whyte*
14 |                                     RONALD M. WHYTE
　　　　　　　　　　　　　　　　　　　　United States District Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 08-3003 RMW                              2